UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

COLUMBUS MCKINNON CORPORATION,

                                     Plaintiff,

      - vs -

SST BEARING CORPORATION and
SST CASTINGS, INC.,

                                  Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

08-cv-167
Hon. William M. Skretny

     IT IS HEREBY STIPULATED by and between the parties, through their attorneys undersigned below, that the above-entitled action, including all claims and counterclaims, is hereby dismissed with prejudice and without costs to any party pursuant to Rule 41 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated:  Buffalo, New York<br>       August 20, 2009 | Dated:  Buffalo, New York<br>       August 20, 2009 |
| NIXON PEABODY LLP | HAGERTY & BRADY |
|    /s/ Susan C. Roney<br>By: _____<br>    Susan C. Roney, Esq.<br>*Attorneys for Plaintiff*<br>40 Fountain Plaza, Suite 500<br>Buffalo, New York  14202<br>Tel:  (716) 853-8100<br>Email:  sroney@nixonpeabody.com |    /s/ Michael A. Brady<br>By: _____<br>    Michael A. Brady, Esq.<br>*Attorneys for Defendants (as local counsel)*<br>69 Delaware Avenue, Suite 1010<br>Buffalo, New York  14202<br>Tel:  (716) 856-9443<br>Email:  mbrady@hagerty-brady.com |

12674502.1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

COLUMBUS MCKINNON CORPORATION,

                            Plaintiff,

         - vs -       **CERTIFICATE OF SERVICE**

SST BEARING CORPORATION and   08-cv-167
SST CASTINGS, INC.,       Hon. William M. Skretny

                            Defendants.

  The undersigned attorney hereby certifies that on the 20th day of August, 2009 a copy of the Stipulation of Dismissal with Prejudice was served by using the CM/ECF System, which sent notification of such filing to the following:

Michael A. Brady, Esq.
HAGERTY & BRADY
*Attorneys for Defendants (as local counsel)*
69 Delaware Avenue, Suite 1010
Buffalo, New York   14202
Tel:  (716) 856-9443
Email:  mbrady@hagerty-brady.com

DATED:  Buffalo, New York
    August 20, 2009

                /s/ Susan C. Roney

                Susan C. Roney, Esq.
                NIXON PEABODY LLP
                *Attorneys for Defendants*
                Key Towers at Fountain Plaza
                40 Fountain Plaza, Suite 500
                Buffalo, NY 14202
                Phone: (716) 853-8101
                Fax: (716) 853-8109
                Email:  sroney@nixonpeabody.com